**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MARYLIN RENEE FOX,** | ) | CASE NO. EDCV 09-01138 SS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social** **Security Administration,** | ) | |
| Defendant. | ) | |

  IT IS ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: March 19, 2010

_____/S/_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE