Case 5:09-cv-01138-SS   Document 16   Filed 04/15/10   Page 1 of 1   Page ID #:318

**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE: (714) 385-8100
FAX: (714) 385-8123
E-MAIL: troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Marylin Renee Fox

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLIN RENEE FOX,<br><br>  Plaintiff,<br><br>  v<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. EDCV 09-01138 (SS)<br><br>ORDER AWARDING EAJA FEES AND COSTS |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND TWO HUNDRED DOLLARS and NO CENTS ($3,200.00) and costs in the amount of THREE HUNDRED SIXTY-NINE DOLLARS and EIGHTY-ONE CENTS ($369.81), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

Dated: 4/16/10          /S/  Suzanne H. Segal

———————————————————
UNITED STATES MAGISTRATE JUDGE

1